United States District Court
Southern District of Texas
**ENTERED**
March 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ISAAC ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-308 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After reviewing the pleadings in this slip and fall personal injury case, the Court notes that the store at issue is not located within, or even in the near vicinity of, the Galveston Division of the Southern District of Texas, and this case appears to lack any other connection to the Galveston Division. Accordingly, the Court hereby gives notice that it will consider a *sua sponte* transfer of this case to the Houston Division of the Southern District of Texas, in the interests of justice and for the convenience of the witnesses and the parties pursuant to 28 U.S.C. § 1404 (a). Any objection to such a transfer shall be filed on or before **March 30, 2018.** Objections must be supported by competent evidence, including the names and addresses of parties, the names and addresses of parties and potential witnesses and a detailed explanation of their

relationship to the case, and other public and private factors as set out in the applicable authorities.

SIGNED at Galveston, Texas, this 26th day of March, 2018.

_____
George C. Hanks Jr.
United States District Judge